F. Bascom Rich *v.* W. E. Holmes et al.

February Term, 1932.

Present:  Powers, C. J., Slack, Moulton, Thompson, and Graham, JJ.

Opinion filed May 4, 1932.

*Lawrence, Stafford & O'Brien* for defendant W. E. Holmes.

*Fenton, Wing, Morse & Jeffords, Frank C. Archibald,* and *Charles F. Ryan* for the plaintiff.

Graham, J.   This an action for negligence, which was tried below and heard here with the case of *Nellie C. Rich* v. *W. E. Holmes et al.,* ante page 433, and involves the same exceptions. Our opinion in that case determines all questions raised in this case.

*Judgment against defendant Holmes reversed, and judgment for this defendant to recover his costs; judgment against defendant Pederson affirmed.*